GEORGE KASHARIAN, *ETC.*, *ET ALS.*, PLAINTIFFS-PETITIONERS, v. DR. WILLIAM WILENTZ, DEFENDANT-RESPONDENT.

*Mr. George Kasharian in propria persona.*

*Messrs. Lamb, Blake, Hutchinson & Dunne, Mr. John I. Lisowski* and *Mr. John A. McKenna* for the respondent.

January 31, 1967. Denied.

WALTER KUCHTA, *ET ALS.*, PLAINTIFFS-PETITIONERS, v. JAMES RICE, *ET ALS.*, DEFENDANTS-RESPONDENTS.

*Mr. Walter Kuchta in propria persona.*

*Messrs. Gaffey, Webb & McDermott* for the respondent.

January 31, 1967. Denied.

EVELYN G. BRUZZA, PLAINTIFF-RESPONDENT, v. GEORGE G. BRUZZA, DEFENDANT-PETITIONER.

*Mr. Benjamin Ratner* and *Mr. Sam Weiss* for the petitioner.

*Messrs. Patterson & Cooper* and *Messrs. Stout & O'Hagan* for the respondent.

January 31, 1967. Denied.